Mr. Justice Matchett delivered the opinion of the court.

---

**Fred A. Brown, plaintiff in error, v. Frederick S. Oliver and Harry H. Harper, trading as Oliver & Company, defendants in error. Gen. No. 26,754.**

Action for fraud and deceit for securing the execution of a contract by fraudulent representations. Judgment for defendants upon demurrer to plaintiff's amended declaration. Error to the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding.

Heard in this court at the March term, 1921. Affirmed. Opinion filed December 19, 1921.

Isadore S. Blumenthal, for plaintiff in error. Tolman, Redfield, Sexton & Chandler, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.